Hall v God's House of Refuge (2024 NY Slip Op 02395)

Hall v God's House of Refuge

2024 NY Slip Op 02395

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, NOWAK, DELCONTE, AND KEANE, JJ.

33 CA 23-01370

[*1]HARRY HALL, PLAINTIFF-APPELLANT,
v
GOD'S HOUSE OF REFUGE, DEFENDANT-RESPONDENT. (APPEAL NO. 2.) 

PARISI & BELLAVIA, ROCHESTER (TIMOTHY C. BELLAVIA OF COUNSEL), FOR PLAINTIFF-APPELLANT.
RUPP PFALZGRAF LLC, ROCHESTER (MATTHEW A. LENHARD OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Monroe County (James A. Vazzana, J.), entered August 11, 2023. The order granted the motion of defendant to supplement a record on appeal. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Hall v God's House of Refuge ([appeal No. 1] — AD3d — [May 3, 2024] [4th Dept 2024]).
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court